IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE DUHREAL FLAGG-EL, #310 705, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE HOUSTON COUNTY SHERIFF'S DEPT., et al., | ) ) ) ) |
| Defendants. | ) |

CASE NO. 1:21-CV-773-WHA-CSC

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on March 9, 2022. Doc. 6. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 29th day of March 2022.

    /s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE